# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF ROBERT M. MUMMA, DECEASED | : | No. 823 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: BARBARA M. MUMMA | : | the Order of the Superior Court |
| | | |
| IN RE: ESTATE OF ROBERT M. MUMMA, DECEASED | : | No. 981 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: BARBARA M. MUMMA | : | the Order of the Superior Court |
| | | |
| IN RE: ESTATE OF ROBERT M. MUMMA, DECEASED | : | No. 982 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: ROBERT M. MUMMA, II | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

Chief Justice Saylor did not participate in the consideration or decision of this matter.